IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MYLAN PHARMACEUTICALS, INC.,

    Plaintiff,

v.

WARNER CHILCOTT PUBLIC LTD, CO.,

    Defendant.

No. C 13-80097 JSW

**ORDER RE NON-PARTY MCKESSON CORPORATION'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER**

    The Court has considered the *ex parte* application filed by non-party McKesson Corporation for a protective order relieving it from having to attend a deposition noticed for May 9, 2013 and to have the parties meet and confer in good faith. The Court HEREBY ORDERS that McKesson Corporation serve defendants Warner Chilcott Public Ltd. with the application filed before this Court by no later than 4:00 today, May 7, 2013, with proof of such service filed with the Court. Defendants shall have until 11:00 a.m. on May 8, 2013 to file a response to the application. Thereafter, the Court shall rule on the papers or issue an order requiring appearances by counsel.

    **IT IS SO ORDERED.**

Dated: May 7, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE