1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   STEVEN WINICK, Cal. Bar No. 160815
3  shwinick@sheppardmullin.com
   MARTIN D. WHITE, Cal. Bar No. 253476
4  mwhite@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:   415-434-9100
6  Facsimile:    415-434-3947

7
   Attorneys for Non-Party MCKESSON
8  CORPORATION

**RECEIVED**
MAY 06 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> WARNER CHILCOTT PUBLIC LTD. CO., <br><br> Defendant | Misc. Case No. CV 13-80 097 MISC JSW <br><br> **[PROPOSED] ORDER GRANTING NON-PARTY MCKESSON CORPORATION'S *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER RELIEVING MCKESSON FROM HAVING TO ATTEND MAY 9, 2013 DEPOSITION AND ORDERING PARTIES TO MEET AND CONFER** |

Misc. Case No. ___

SMRH:408420604.1          [PROPOSED] ORDER GRANTING MCKESSON'S *EX PARTE* APPLICATION FOR
                                                                    PROTECTIVE ORDER

This Court has considered non-party McKesson Corporation's ("McKesson's) *ex parte* application (the "Application") and supporting documents seeking a protective order relieving it from having to attend a May 9, 2013 deposition noticed in defendants Warner Chilcott Public Limited Company, Warner Chilcott, LLC, Warner Chilcott (US), LLC, Warner Chilcott Holdings Company III, Ltd., and Warner Chilcott Laboratories Ireland Ltd.'s (collectively, "Warner Chilcott") subpoena served on April 4, 2013 (the "Subpoena") and ordering the parties to meet and confer to reasonably limit the deposition topics on which McKesson must testify.

WHEREAS there is good cause shown, as set forth in Application, the Court hereby GRANTS McKesson's Application issues the following Protective Order:

(1) McKesson is relieved from having to attend the May 9, 2013 deposition as noticed in Warner Chilcott's Subpoena; and

(2) The parties are ordered to engage in meaningful meet and confer sessions regarding mutually convenient dates for the deposition to go forward and ways to reasonably narrow the 15 deposition topics set forth in the Subpoena.

IT IS SO ORDERED.

DATED: May 8, 2013

_____
JEFFREY S. WHITE
JUDGE, U.S. DISTRICT COURT