1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
2 | Including Professional Corporations
STEVEN WINICK, Cal. Bar No. 160815
3 | shwinick@sheppardmullin.com
MARTIN D. WHITE, Cal. Bar No. 253476
4 | mwhite@sheppardmullin.com
Four Embarcadero Center, 17th Floor
5 | San Francisco, California 94111-4109
Telephone:    415-434-9100
6 | Facsimile:    415-434-3947

7

Attorneys for Non-Party MCKESSON
8 | CORPORATION

9

**RECEIVED**

MAY 06 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**JSW**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO**

12

MYLAN PHARMACEUTICALS INC.,

13

Misc. Case No. **CV 13 80 097 MISC**

14 | Plaintiff,

15 | v.

16 | WARNER CHILCOTT PUBLIC LTD.
CO.,

17

18 | Defendant

**[PROPOSED] ORDER GRANTING
NON-PARTY MCKESSON
CORPORATION'S *EX PARTE*
APPLICATION FOR A PROTECTIVE
ORDER RELIEVING MCKESSON
FROM HAVING TO ATTEND MAY
9, 2013 DEPOSITION AND ORDERING
PARTIES TO MEET AND CONFER**

19

20

21

22

23

24

25

26

27

28

Misc. Case No. ____

SMRH:408420604.1 | [PROPOSED] ORDER GRANTING MCKESSON'S *EX PARTE* APPLICATION FOR
PROTECTIVE ORDER

1       This Court has considered non-party McKesson Corporation's

2 ("McKesson's) *ex parte* application (the "Application") and supporting documents seeking

3 a protective order relieving it from having to attend a May 9, 2013 deposition noticed in

4 defendants Warner Chilcott Public Limited Company, Warner Chilcott, LLC, Warner

5 Chilcott (US), LLC, Warner Chilcott Holdings Company III, Ltd., and Warner Chilcott

6 Laboratories Ireland Ltd.'s (collectively, "Warner Chilcott") subpoena served on April 4,

7 2013 (the "Subpoena") and ordering the parties to meet and confer to reasonably limit the

8 deposition topics on which McKesson must testify.

9       WHEREAS there is good cause shown, as set forth in Application, the Court

10 hereby GRANTS McKesson's Application issues the following Protective Order:

11       (1)    McKesson is relieved from having to attend the May 9, 2013

12              deposition as noticed in Warner Chilcott's Subpoena; and

13       (2)    The parties are ordered to engage in meaningful meet and confer

14              sessions regarding mutually convenient dates for the deposition to go

15              forward and ways to reasonably narrow the 15 deposition topics set

16              forth in the Subpoena.

17

18       IT IS SO ORDERED.

19

20 DATED:  May 8    , 20 13

21

22                   _____

23                   JEFFREY S. WHITE
                      JUDGE, U.S. DISTRICT COURT

24

25

26

27

28

SMRH:408420604.1         [PROPOSED] ORDER GRANTING MCKESSON'S *EX PARTE* APPLICATION FOR
                              PROTECTIVE ORDER

Misc. Case No. ___